**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No.:

Sardinas Duenas, Fabian , Cuadras, Vanessa de la Caridad        Chapter: 13

_____Debtor(s)_____

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

❑ Copies of all payment advices are not attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

❑ Copies of all payment advices are not attached because the debtor:

 ❑ receives disability payments
 ❑ is unemployed and does not receive unemployment compensation
 ❑ receives Social Security payments
 ❑ receives a pension
 ❑ does not work outside the home
 ❑ is self employed and does not receive payment advices

❑ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain:_____

**Joint Debtor (if applicable):**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

❑ Copies of all payment advices are not attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

❑ Copies of all payment advices are not attached because the debtor:

 ❑ receives disability payments
 ❑ is unemployed and does not receive unemployment compensation
 ❑ receives Social Security payments
 ❑ receives a pension
 ❑ does not work outside the home
 ❑ is self employed and does not receive payment advices

❑ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain:_____

***NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).***

/s/ Fabian Sardinas Duenas                                              Date: 11/17/2023
Signature of Attorney or Debtor

/s/ Vanessa de la Caridad Cuadras                                    Date: 11/17/2023
Signature of Joint Debtor, if applicable

LF-10 (rev. 12/01/09)

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

### Direct Deposit Earnings Statement

DD000000000000168608

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/17/2023 | 11/6/2023 | 11/12/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $61,032.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $530.84 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $1,250.00 |
| Total: | | 40.00 | $1,391.54 | $64,515.34 |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Misc. Garnishment | $205.00 | $1,025.00 |
| Short Term Disability 60% | $7.13 | $327.98 |
| VISION EE | $1.66 | $76.36 |
| 401K % | $153.07 | $7,096.71 |
| 401K Loan 1 | $171.07 | $6,063.84 |
| 401K Loan 2 | $197.09 | $4,555.04 |
| DENTAL EE | $6.00 | $276.00 |
| EPO Employee Only | $12.00 | $552.00 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| Total: | $753.02 | $22,809.88 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,776.51 |
| SS | $85.06 | $3,943.88 |
| MED | $19.89 | $922.36 |
| Total: | $208.59 | $9,642.75 |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $100.74 |
| LTD50% Company Paid | $3.78 | $173.88 |
| 401K % | $0.00 | $1,000.00 |
| Total: | $5.97 | $1,274.62 |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $429.93 |
| Net wages YTD | $32,704.88 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| Total: | | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

## Direct Deposit Earnings Statement

DD000000000000168028

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/10/2023 | 10/30/2023 | 11/5/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $59,652.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $519.30 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $1,250.00 |
| Total: | | 40.00 | $1,391.54 | $63,123.80 |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Misc. Garnishment | $205.00 | $820.00 |
| Short Term Disability 60% | $7.13 | $320.85 |
| VISION   EE | $1.66 | $74.70 |
| 401K % | $153.07 | $6,943.64 |
| 401K Loan 1 | $171.07 | $5,892.77 |
| 401K Loan 2 | $197.09 | $4,357.95 |
| DENTAL EE | $6.00 | $270.00 |
| EPO Employee Only | $12.00 | $540.00 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| Total: | $753.02 | $22,056.86 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,672.87 |
| SS | $85.05 | $3,858.82 |
| MED | $19.90 | $902.47 |
| Total: | $208.59 | $9,434.16 |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $98.55 |
| LTD50% Company Paid | $3.78 | $170.10 |
| 401K % | $0.00 | $1,000.00 |
| Total: | $5.97 | $1,268.65 |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $429.93 |
| Net wages YTD | $32,274.95 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| | Total: | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

### Direct Deposit Earnings Statement

DD0000000000000167377

| Pay Date | Start Period | End Period |
|---|---|---|
| 11/3/2023 | 10/23/2023 | 10/29/2023 |

#### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $58,272.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $507.76 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $1,250.00 |
| **Total:** | | **40.00** | **$1,391.54** | **$61,732.26** |

#### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Misc. Garnishment | $205.00 | $615.00 |
| Short Term Disability 60% | $7.13 | $313.72 |
| VISION EE | $1.66 | $73.04 |
| 401K % | $153.07 | $6,790.57 |
| 401K Loan 1 | $171.07 | $5,721.70 |
| DENTAL EE | $6.00 | $264.00 |
| EPO Employee Only | $12.00 | $528.00 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$555.93** | **$21,303.84** |

#### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,569.23 |
| SS | $85.06 | $3,773.77 |
| MED | $19.89 | $882.57 |
| **Total:** | **$208.59** | **$9,225.57** |

#### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $96.36 |
| LTD50% Company Paid | $3.78 | $166.32 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,262.68** |

#### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $627.02 |
| Net wages YTD | $31,845.02 |

#### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| **Total:** | | |

#### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

**Direct Deposit Earnings Statement**

DD0000000000000166874

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/27/2023 | 10/16/2023 | 10/22/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Recruitment Bonus | $500.00 | 0.00 | $500.00 | $1,250.00 |
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $56,892.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $496.22 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| **Total:** | | **40.00** | **$1,891.54** | **$60,340.72** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Misc. Garnishment | $205.00 | $410.00 |
| Short Term Disability 60% | $7.13 | $306.59 |
| VISION   EE | $1.66 | $71.38 |
| 401K % | $208.07 | $6,637.50 |
| 401K Loan 1 | $171.07 | $5,550.63 |
| DENTAL EE | $6.00 | $258.00 |
| EPO Employee Only | $12.00 | $516.00 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$610.93** | **$20,747.91** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $139.21 | $4,465.59 |
| SS | $116.06 | $3,688.71 |
| MED | $27.14 | $862.68 |
| **Total:** | **$282.41** | **$9,016.98** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $94.17 |
| LTD50% Company Paid | $3.78 | $162.54 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,256.71** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $998.20 |
| Net wages YTD | $31,218.00 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| | Total: | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

## Direct Deposit Earnings Statement

DD000000000000166371

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/20/2023 | 10/9/2023 | 10/15/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $55,512.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $484.68 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $750.00 |
| **Total:** | | **40.00** | **$1,391.54** | **$58,449.18** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Misc. Garnishment | $205.00 | $205.00 |
| Short Term Disability 60% | $7.13 | $299.46 |
| VISION EE | $1.66 | $69.72 |
| 401K % | $153.07 | $6,429.43 |
| 401K Loan 1 | $171.07 | $5,379.56 |
| DENTAL EE | $6.00 | $252.00 |
| EPO Employee Only | $12.00 | $504.00 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$555.93** | **$20,136.98** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,326.38 |
| SS | $85.05 | $3,572.65 |
| MED | $19.89 | $835.54 |
| **Total:** | **$208.58** | **$8,734.57** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $91.98 |
| LTD501 Company Paid | $3.78 | $158.76 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,250.74** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $627.03 |
| Net wages YTD | $30,219.80 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | Total: | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

## Direct Deposit Earnings Statement

DD000000000000165867

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/13/2023 | 10/2/2023 | 10/8/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $54,132.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $473.14 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $750.00 |
| **Total:** | | **40.00** | **$1,391.54** | **$57,057.64** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Short Term Disability 60% | $7.13 | $292.33 |
| VISION EE | $1.66 | $68.06 |
| 401K % | $153.07 | $6,276.36 |
| 401K Loan 1 | $171.07 | $5,208.49 |
| DENTAL EE | $6.00 | $246.00 |
| EPO Employee Only | $12.00 | $492.00 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$350.93** | **$19,581.05** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,222.74 |
| SS | $85.06 | $3,487.60 |
| MED | $19.89 | $815.65 |
| **Total:** | **$208.59** | **$8,525.99** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $89.79 |
| LTD50% Company Paid | $3.78 | $154.98 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,244.77** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $832.02 |
| Net wages YTD | $29,592.77 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| | Total: | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
40758532000000

## Direct Deposit Earnings Statement

DI000000000000165369

| Pay Date | Start Period | End Period |
|---|---|---|
| 10/6/2023 | 9/25/2023 | 10/1/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $52,752.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $451.60 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $750.00 |
| **Total:** | | **40.00** | **$1,391.54** | **$55,666.10** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Short Term Disability 60% | $7.13 | $285.20 |
| VISION EE | $1.66 | $66.40 |
| 401K % | $153.07 | $6,123.19 |
| 401K Loan 1 | $171.07 | $5,037.42 |
| DENTAL EE | $6.00 | $240.00 |
| EPO Employee Only | $12.00 | $480.00 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$350.93** | **$19,230.12** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,113.10 |
| SS | $85.06 | $3,402.54 |
| MED | $19.90 | $795.76 |
| **Total:** | **$208.60** | **$8,317.40** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $87.60 |
| LTD50% Company Paid | $3.78 | $151.20 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,238.80** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $832.01 |
| Net wages YTD | $28,760.75 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| | **Total:** | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
4075853_000000

## Direct Deposit Earnings Statement

DD00000000000154877

| Pay Date | Start Period | End Period |
|---|---|---|
| 9/29/2023 | 9/18/2023 | 9/24/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $51,372.00 |
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $450.06 |
| Expenses | $0.00 | 0.00 | $0.00 | $642.17 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $750.00 |
| **Total:** | | **40.00** | **$1,391.54** | **$54,274.56** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| Short Term Disability 60% | $7.13 | $278.07 |
| VISION EE | $1.66 | $64.74 |
| 401K % | $153.07 | $5,970.22 |
| 401K Loan 1 | $171.07 | $4,866.35 |
| DENTAL EE | $6.00 | $234.00 |
| EPO Employee Only | $12.00 | $468.00 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$350.93** | **$18,879.19** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $4,015.46 |
| SS | $85.05 | $3,317.48 |
| MED | $19.89 | $775.86 |
| **Total:** | **$208.58** | **$8,108.80** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $85.41 |
| LTD50% Company Paid | $3.78 | $147.42 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,232.83** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $832.03 |
| Net wages YTD | $27,928.74 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | Total: | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
4075852000000

**Direct Deposit Earnings Statement**
DD000000000000164389

| Pay Date | Start Period | End Period |
|---|---|---|
| 9/22/2023 | 9/11/2023 | 9/17/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $438.52 |
| Expenses | $12.17 | 0.00 | $12.17 | $642.17 |
| Expenses | $34.14 | 0.00 | $34.14 | |
| Regular Pay | $34.50 | 40.00 | $1,380.00 | $49,992.00 |
| Holiday Pay Hourly | $0.00 | 0.00 | $0.00 | $1,356.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $750.00 |
| **Total:** | | **40.00** | **$1,391.54** | **$52,883.02** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| 401K % | $153.07 | $5,817.15 |
| 401K Loan 1 | $171.07 | $4,695.28 |
| DENTAL EE | $6.00 | $228.00 |
| EPO Employee Only | $12.00 | $456.00 |
| Short Term Disability 60% | $7.13 | $270.94 |
| VISION EE | $1.66 | $63.08 |
| 401K Loan 2 | $0.00 | $4,160.86 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$350.93** | **$18,528.26** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $103.64 | $3,911.82 |
| SS | $85.06 | $3,232.43 |
| MED | $19.89 | $755.97 |
| **Total:** | **$208.59** | **$7,900.22** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $83.22 |
| LTD50% Company Paid | $3.78 | $143.64 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,226.86** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $878.33 |
| Net wages YTD | $27,096.71 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| | Total: | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St
Homestead, FL 33031-3427

**Wiginton Corporation**
699 Aero Ln
Sanford, FL 32771
4075853.000000

## Direct Deposit Earnings Statement

DD000000000000163901

| Pay Date | Start Period | End Period |
|---|---|---|
| 9/15/2023 | 9/4/2023 | 9/10/2023 |

### Earnings

| Description | Rate | Hours | Amount | YTD Amounts |
|---|---|---|---|---|
| Cell Phone Reimbursement | $11.54 | 0.00 | $11.54 | $426.98 |
| Expenses | $77.51 | 0.00 | $77.51 | $595.86 |
| Holiday Pay Hourly | $34.50 | 8.00 | $276.00 | $1,356.00 |
| Regular Pay | $34.50 | 28.00 | $966.00 | $48,612.00 |
| Overtime Pay | $0.00 | 0.00 | $0.00 | $346.50 |
| Recruitment Bonus | $0.00 | 0.00 | $0.00 | $750.00 |
| **Total:** | | **36.00** | **$1,253.54** | **$51,491.48** |

### Payroll Deductions

| Description | Amount | Year To Date |
|---|---|---|
| 401K % | $137.89 | $5,664.08 |
| 401K Loan 1 | $171.07 | $4,524.21 |
| 401K Loan 2 | $189.13 | $4,160.86 |
| DENTAL EE | $6.00 | $222.00 |
| EPO Employee Only | $12.00 | $444.00 |
| Short Term Disability 60% | $7.13 | $263.81 |
| VISION EE | $1.66 | $61.42 |
| 401K Loan 3 | $0.00 | $2,836.95 |
| **Total:** | **$524.88** | **$18,177.33** |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FED | $88.90 | $3,808.18 |
| SS | $76.50 | $3,147.37 |
| MED | $17.89 | $736.08 |
| **Total:** | **$183.29** | **$7,691.63** |

### Payroll Benefits

| Description | Amount | Year To Date |
|---|---|---|
| Life Core Company Paid | $2.19 | $81.03 |
| LTD50% Company Paid | $3.78 | $139.86 |
| 401K % | $0.00 | $1,000.00 |
| **Total:** | **$5.97** | **$1,220.89** |

### Net Wage Amounts

| | |
|---|---|
| Net wages/period | $622.88 |
| Net wages YTD | $26,218.38 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| | | |
| **Total:** | | |

### Miscellaneous

Sardinas, Fabian
19450 SW 234th St.
Homestead, FL 33031-3427