**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No.:

Sardinas Duenas, Fabian , Cuadras, Vanessa de la Caridad       Chapter: 13

_____Debtor(s)_____

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices are not attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices are not attached because the debtor:

  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain: _____

**Joint Debtor (if applicable):**

☑ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices are not attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices are not attached because the debtor:

  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

/s/ Fabian Sardinas Duenas                                      Date: 11/17/2023
Signature of Attorney or Debtor

/s/ Vanessa de la Caridad Cuadras                               Date: 11/17/2023
Signature of Joint Debtor, if applicable

LF-10 (rev. 12/01/09)

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 681 |
|---|---|---|---|---|---|
| LC6 | 000114 | 000220 | XN50K | 0000460090 | 1 |

## Earnings Statement 

ACADEMIR CHARTER SCHOOLS INC
DBA:ARCADEMIR CHARTER SCHOOL PREPARATORY
19185 SW 127TH AVE
MIAMI, FL 33177

Period Beginning: 10/16/2023
Period Ending: 10/31/2023
Pay Date: 11/15/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  FL: No State Income Tax

VANESSA CUADRAS
19450 SW 234 STREET
HOMESTEAD FL 33031

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1989.58 | 86.67 | 1,989.58 | 41,764.70 |
| Pto | | 8.00 | | |
| Referendum | | | 350.00 | 8,211.52 |
| Referendum 2 | | | 315.95 | 6,590.95 |
| Referendum 3 | | | 49.71 | 1,043.59 |
| Dept. Chairs | | | | 1,000.00 |
| Leave wo Pay | | | | -29.14 |
| PTO Payout | | | | 300.00 |
| Tutoring | | | | 1,280.00 |
| **Gross Pay** | | | **$2,705.24** | 60,161.62 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,450.86

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Discr Match | 27.05 | 601.60 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -295.55 | 6,953.33 |
| | Social Security Tax | -162.02 | 3,625.28 |
| | Medicare Tax | -37.89 | 847.85 |
| | **Other** | | |
| | Medical | -64.35* | 1,339.58 |
| | Mep 401K Loan 1 | -50.09 | 870.94 |
| | Mep 401K Loan 2 | -91.43 | 1,645.74 |
| | Met Shrt Trm Ds | -17.63 | 357.97 |
| | Ts Dental | -27.72* | 349.80 |
| | 401K Mep | -162.31* | 3,609.65 |
| | Stipend No Tax | | -300.00 |
| **Net Pay** | | **$1,796.25** | |
| Checking | | -1,796.25 | 40,861.48 |
| **Net Check** | | **$0.00** | |



© 2000 ADP Inc.

Advice number: 00000460090
Pay date: 11/15/2023

Deposited to the account of
VANESSA CUADRAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0026 | xxxx xxxx | $1,796.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 681 |
|---|---|---|---|---|---|
| LC6 | 000114 | 000220 | XN50K | 0000430090 | 1 |

# Earnings Statement

ADP

ACADEMIR CHARTER SCHOOLS INC
DBA:ARCADEMIR CHARTER SCHOOL PREPARATORY
19185 SW 127TH AVE
MIAMI, FL 33177

Period Beginning: 10/01/2023
Period Ending: 10/15/2023
Pay Date: 10/31/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  FL: No State Income Tax

VANESSA CUADRAS
19450 SW 234 STREET
HOMESTEAD FL 33031

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1989.58 | 86.67 | 1,989.58 | 39,775.12 |
| Pto | | .62 | | |
| Referendum | | | 350.00 | 7,861.52 |
| Referendum 2 | | | 315.95 | 6,275.00 |
| Referendum 3 | | | 49.71 | 993.88 |
| Dept. Chairs | | | | 1,000.00 |
| Leave wo Pay | | | | -29.14 |
| PTO Payout | | | | 300.00 |
| Tutoring | | | | 1,280.00 |
| **Gross Pay** | | | **$2,705.24** | 57,456.38 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,450.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 27.05 | 574.55 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -295.55 | 6,657.78 |
| | Social Security Tax | -162.01 | 3,463.26 |
| | Medicare Tax | -37.89 | 809.96 |
| | **Other** | | |
| | Medical | -64.35* | 1,275.23 |
| | Mep 401K Loan 1 | -50.09 | 820.85 |
| | Mep 401K Loan 2 | -91.43 | 1,554.31 |
| | Met Shrt Trm Ds | -17.63 | 340.34 |
| | Ts Dental | -27.72* | 322.08 |
| | 401K Mep | -162.31* | 3,447.34 |
| | Stipend No Tax | | -300.00 |
| **Net Pay** | | **$1,796.26** | |
| Checking | | -1,796.26 | 39,065.23 |
| **Net Check** | | **$0.00** | |

Deposited to the account of VANESSA CUADRAS

Advice number: 00000430090
Pay date: 10/31/2023

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0026 | xxxx xxxx | $1,796.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 681 |
|---|---|---|---|---|---|
| LC5 | 000114 | 000220 | XN50K | 0000410090 | 1 |

# Earnings Statement

ADP

ACADEMIR CHARTER SCHOOLS INC
DBA:ARCADEMIR CHARTER SCHOOL PREPARATORY
19185 SW 127TH AVE
MIAMI, FL 33177

Period Beginning: 09/16/2023
Period Ending: 09/30/2023
Pay Date: 10/13/2023

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 FL: No State Income Tax

VANESSA CUADRAS
19450 SW 234 STREET
HOMESTEAD FL 33031

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1989.58 | 86.67 | 1,989.58 | 37,785.54 |
| Pto | | 8.00 | | |
| Referendum | | | 350.00 | 7,511.52 |
| Referendum 2 | | | 315.95 | 5,959.05 |
| Referendum 3 | | | 49.71 | 944.17 |
| Dept. Chairs | | | | 1,000.00 |
| Leave wo Pay | | | | -29.14 |
| PTO Payout | | | | 300.00 |
| Tutoring | | | | 1,280.00 |
| **Gross Pay** | | | **$2,705.24** | 54,751.14 |

| Other | this period | year to date |
|---|---|---|
| Checking | -2,096.24 | 37,268.97 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,450.86

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -295.55 | 6,362.23 |
| | Social Security Tax | -162.02 | 3,301.25 |
| | Medicare Tax | -37.90 | 772.07 |
| | **Other** | | |
| | Medical | -64.35* | 1,210.88 |
| | Mep 401K Loan 1 | -50.09 | 770.76 |
| | Mep 401K Loan 2 | -91.43 | 1,462.88 |
| | Met Shrt Trm Ds | -17.63 | 322.71 |
| | Ts Dental | -27.72* | 294.36 |
| | 401K Mep | -162.31* | 3,285.03 |
| | Stipend No Tax | | -300.00 |
| | **Adjustment** | | |
| | Stipend No Tax | +300.00 | |
| | **Net Pay** | **$2,096.24** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 27.05 | 547.50 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

2.2xxx ADP inc

ADP

Deposited to the account of
VANESSA CUADRAS

Advice number: 00000410090
Pay date: 10/13/2023

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0026 | xxxx xxxx | $2,096.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LCS | 000114 | 000220 | XN50K | 0000390089 | 1 |

# Earnings Statement



ACADEMIR CHARTER SCHOOLS INC
DBA:ARCADEMIR CHARTER SCHOOL PREPARATORY
19185 SW 127TH AVE
MIAMI, FL 33177

Period Beginning: 09/01/2023
Period Ending: 09/15/2023
Pay Date: 09/29/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  FL: No State Income Tax

**VANESSA CUADRAS**
**19450 SW 234 STREET**
**HOMESTEAD FL 33031**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1989.58 | 86.67 | 1,989.58 | 35,795.96 |
| Pto | | 8.12 | | |
| Referendum | | | 350.00 | 7,161.52 |
| Referendum 2 | | | 315.95 | 5,643.10 |
| Referendum 3 | | | 49.71 | 894.46 |
| Dept. Chairs | | | | 1,000.00 |
| Leave wo Pay | | | | -29.14 |
| PTO Payout | | | | 300.00 |
| Tutoring | | | | 1,280.00 |
| **Gross Pay** | | | **$2,705.24** | 52,045.90 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,450.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 27.05 | 520.45 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -295.55 | 6,066.68 |
| | Social Security Tax | -162.02 | 3,139.23 |
| | Medicare Tax | -37.89 | 734.17 |
| | **Other** | | |
| | Medical | -64.35* | 1,146.53 |
| | Mep 401K Loan 1 | -50.09 | 720.67 |
| | Mep 401K Loan 2 | -91.43 | 1,371.45 |
| | Met Shrt Trm Ds | -17.63 | 305.08 |
| | Ts Dental | -27.72* | 266.64 |
| | 401K Mep | -162.31* | 3,122.72 |
| | **Net Pay** | **$1,796.25** | |
| | Checking | -1,796.25 | 35,172.73 |
| | **Net Check** | **$0.00** | |

© 20.. ADP Inc.

---

Deposited to the account of
VANESSA CUADRAS

Advice number: 00000390089
Pay date: 09/29/2023

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx0026 | xxxx | xxxx | $1,796.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 681 |
|---|---|---|---|---|---|
| LC6 | 000114 | 000220 | XN50K | 0000370082 | 1 |

# Earnings Statement 

ACADEMIR CHARTER SCHOOLS INC
DBA:ARCADEMIR CHARTER SCHOOL PREPARATORY
19185 SW 127TH AVE
MIAMI, FL 33177

Period Beginning: 08/16/2023
Period Ending: 08/31/2023
Pay Date: 09/15/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  FL: No State Income Tax

VANESSA CUADRAS
19450 SW 234 STREET
HOMESTEAD FL 33031

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1989.58 | 86.67 | 1,989.58 | 33,806.38 |
| Pto | | .54 | | |
| Referendum | | | 350.00 | 6,811.52 |
| Referendum 2 | | | 315.95 | 5,327.15 |
| Referendum 3 | | | 49.71 | 844.75 |
| Dept. Chairs | | | | 1,000.00 |
| Leave wo Pay | | | | -29.14 |
| PTO Payout | | | | 300.00 |
| Tutoring | | | | 1,280.00 |
| **Gross Pay** | | | **$2,705.24** | 49,340.66 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,450.86

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Discr Match | 27.05 | 493.40 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 1,988.55 TO 1,989.58.

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -295.55 | 5,771.13 |
| | Social Security Tax | -162.01 | 2,977.21 |
| | Medicare Tax | -37.89 | 696.28 |
| | **Other** | | |
| | Medical | -64.35* | 1,082.18 |
| | Mep 401K Loan 1 | -50.09 | 670.58 |
| | Mep 401K Loan 2 | -91.43 | 1,280.02 |
| | Met Shrt Trm Ds | -17.63 | 287.45 |
| | Ts Dental | -27.72* | 238.92 |
| | 401K Mep | -162.31* | 2,960.41 |
| | **Net Pay** | **$1,796.26** | |
| | Checking | -1,796.26 | 33,376.48 |
| | **Net Check** | **$0.00** | |

Advice number: 00000370082
Pay date: 09/15/2023

Deposited to the account of
VANESSA CUADRAS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0026 | xxxx xxxx | $1,796.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**