UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Bankr. Case No. 23-19530-LMI

Fabian Sardinas Duenas and Vanessa de la Caridad Cuadras  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> AmeriCredit Financial Services, Inc. dba GM Financial
> PO Box 183853
> Arlington, TX  76096

By  /s/  Mandy Youngblood

> Mandy Youngblood
> PO Box 183853
> Arlington, TX  76096
> 877-203-5538
> 877-259-6417
> Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                          Bankr. Case No. 23-19530-LMI

Fabian Sardinas Duenas and Vanessa de la Caridad Cuadras                Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail or served electronically on the following individuals on December 6, 2023 :

| | |
|---|---|
| PATRICK L CORDERO ESQ | Nancy K. Neidich |
| 7333 Coral Way | P.O. Box 279806 |
| Miami, FL 33155 | Miramar, FL 33027-4452 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx98466 / 1082094