UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
Fabien Sardinas Duenas
Vanessa De La Caridad Cuadras

CASE NO.: 23-19530-LMI
CHAPTER 13

_____DEBTOR_____/

## NOTICE OF VOLUNTARY DISMISSAL

Debtors, Fabien Sardinas Duenas and Vanessa De la Caridad Cuadras, through the undersigned counsel, hereby files this Notice of Voluntary Dismissal in accordance with 11 U.S.C. sections 1307(b). Debtor has not converted the case previously under 11 U.S.C. sections 706, 1112, or 1208.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Voluntary Dismissal and a true copy of paper which is the subject of the same (if not previously served) were served on all parties listed below (or on the attached list(s))* and in the manner indicated on April 9, 2024

The following entities were served by electronic transmission:

Nancy K. Neidich, Trustee

The following entities were served by first class mail

All creditors listed in the attached creditors list

Respectfully submitted,
**Law Offices of Patrick L Cordero, Esq.**
*Attorney for Debtor*
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

___/s/ (FILED ECF)_____(The Debtor's Attorney)
Patrick L. Cordero, Esq., FL Bar No. 801992